IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| TRACY PORTER, | ) | |
|---|---|---|
| | ) | |
| | ) | CIVIL ACTION NO:2:21cv00146 |
| Plaintiff, | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| JOHNSON & JOHNSON, INC. t/d/b/a ETHICON, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Tracy Porter, by counsel, voluntarily dismisses without prejudice Defendants Johnson & Johnson, Inc. t/d/b/a Ethicon, Inc. in the captioned civil action. Defendants have not served an answer or a motion for summary judgment in this action.

Date: July 2, 2021          Respectfully submitted,

TRACY PORTER

__/s/__ Todd M. Gaynor_____
Todd M. Gaynor, Esquire
Virginia Bar No.: 47742
GAYNOR LAW CENTER, P.C.
440 Monticello Avenue, Suite 1800
Norfolk, Virginia 23510
PH: (757) 828-3739
FX: (75) 257-3674
EM: tgaynor@gaynorlawcenter.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of July 2021, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.

/s/ Todd M. Gaynor

Todd M. Gaynor, Esq.

*Counsel for Plaintiff*