IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

TRACY PORTER,

    Plaintiff,

v.

JOHNSON & JOHNSON, INC., *et al.*,

    Defendants.

Civil Action No. 2:21cv146 (RCY)

**FINAL ORDER**

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (ECF No. 9), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). It appearing to the Court that Plaintiff's Notice has been filed before either of the opposing parties have appeared or filed a Motion for Summary Judgment, it is hereby ORDERED that this action is DISMISSED WITHOUT PREJUDICE.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

                                      /s/
Roderick C. Young
United States District Judge

Norfolk, Virginia
Date: July 6, 2021