IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| TRACY PORTER, | ) | |
|---|---|---|
| | ) | |
| | ) | No.: 2:21-cv-00146 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOHNSON & JOHNSON INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to the voluntary dismissal of this action, in its entirety, with respect to all defendants, with prejudice, and without costs or attorneys' fees award to or against any of the parties.

| | |
|---|---|
| GAYNOR LAW CENTER, P.C. | POTTER & MURDOCK, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| Tracy Porter | Johnson & Johnson, and |
| | Ethicon US, LLC |
| _____/s/\_\_Todd Gaynor_____ | _____/s/\_\_Barbara Johnson\_\_\_\_ |
| Todd M. Gaynor (VSB No. 47742) | Barbara L. Johnson (VSB No. 96552) |
| Dated: December 3, 2021 | Dated: December 3, 2021 |